# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on May 3, 2018

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **BRANDI WALLICE,** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 751(a)** |
| Defendant. | : | **(Escape from Custody)** |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about April 25, 2018, within the District of Columbia, **BRANDI WALLICE**, did knowingly escape from the custody of the Bureau of Prisons, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the Superior Court for the District of Columbia upon conviction for the commission of Distribution of Cocaine, in violation of Title 48, District of Columbia Code, Section 904.01(a)(1).

(**Escape from Custody**, in violation of Title 18, United States Code, Section 751(a))

A TRUE BILL:


FOREPERSON.

Attorney of the United States in
and for the District of Columbia.