# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | :     CR. NO. 18-264 (RBW) |
| **v.** | : |
| **BRANDI WALLICE,** | : |
| **Defendant.** | : |

## GOVERNMENT'S RESPONSE AND OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits the following response and opposition to the defendant's motion to dismiss. As grounds for this response and opposition, the United States relies on the following points and authorities and such other points and authorities as may be cited at a hearing on the motion:

## SUMMARY OF FACTS

The defendant, in her motion to dismiss (ECF # 50) now alleges that "[i]t is counsel's understanding that, at this meeting (probation appointment for the defendant on January 15, 2019), CSO Love[1] communicated to [the defendant] that 'the government' wanted her [CSOSA Officer Love] to ask [the defendant] some questions. [CSOSA Officer Love] then proceeded to question [the defendant] about her reading and writing abilities." See Defendant's Motion at 2.

Simply put and without reservations, the allegation or "understanding" by counsel for the defendant is not rooted in truth or fact. Undersigned counsel for the government never asked

---

[1] Although counsel for the defendant identifies the defendant's probation officer as CSO Love, the government avers that the correct title is Court Services and Offender Supervision Agency's ("CSOSA") Officer Amanda Love (herein CSOSA Officer Love.

1

CSOSA Officer Love to inquire of the defendant regarding her reading and writing abilities. Moreover, undersigned counsel for the government at no time instructed CSOSA Officer Love to do anything regarding the defendant's probation. Thus, the defendant's untrue and unsupported allegation lacks factual or legal support and is inconsistent with the high standards and practices before this Court.

## CONCLUSION

WHEREFORE, for all of the foregoing reasons, the United States respectfully requests that the Defendant's Motion to Dismiss be DENIED.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. BAR No. 472-845

_____/s/_____
EMORY V. COLE
ASSISTANT UNITED STATES ATTORNEY
PA BAR #49136
Narcotics Section, Room 4213
555 4th Street, N.W.
Washington, D.C. 20001
Emory.Cole@usdoj.gov
(202) 252-7692